## HART v. WARREN

No. 283 PC

Case below: 46 NC App 672

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## HAZARD v. HAZARD

No. 202 PC

Case below: 46 NC App 280

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## HORNER v. HORNER

No. 321 PC

Case below: 47 NC App 334

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980.

## HUDSON v. DOWNS

No. 361 PC

Case below: 47 NC App 207

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

## HURDLE v. SAWYER

No. 270 PC

Case below: 46 NC App 814

Petition by defendants Sawyer for discretionary review under G.S. 7A-31 denied 15 August 1980.